**U.S. Probation and Pretrial Services**
# M E M O R A N D U M

**DATE:** June 13, 2019

**TO:** Thomas M. DiGirolamo
United States Magistrate Judge

**FROM:** Dollie Sturgis
U.S. Probation Officer

**SUBJECT:** Smith, Jennifer
Case No. 8:17-MJ-3506 TMD
Tolling of Supervision

On July 10, 2018, Your Honor sentenced Jennifer Smith to a term of 18 months' probation for the charge of Driving, Attempting to Drive Vehicle while Impaired by Alcohol, 21 U.S.C. § 902. All standard conditions of supervision were ordered with the following special conditions; participate in substance treatment and testing; attend victim impact program; alcohol restriction; driving restriction; obtain alcohol restriction on driving record; ignition interlock for six months; and fines and assessment totaling $200.

On February 6, 2019, a Revocation hearing was held before Your Honor. Ms. Smith admitted to being found guilty of a new offense while on supervision. The term of probation was continued.

On April 23, 2019, Ms. Smith was taken into state custody for violating her state probation. She has remained in state custody. On June 5, 2019, a violation of probation hearing was held in Anne Arundel County Circuit Court for Case No. 7CR17-8687. Ms. Smith was sentenced to one-year imprisonment.

The purpose of this memo is to inform the Court that Ms. Smith's term of probation will be tolled effective April 23, 2019 until expiration of January 9, 2020. A letter will be mailed to Ms. Smith with instructions to report the U.S. Probation and Pretrial Services office within 72 days of release.

If there are any questions, please contact me at 410-962-0962.

Approved
Tm M DiGirolamo
6/13/19

Reviewed 7/13/2019 by DWT